Voluntary dismissal without prejudice approved 8/7/2020.
s/ *James S. Gwin*
JAMES S. GWIN
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

**CATTLEMANS, INC.,** *et al*,      Case No. 20-CV-1662

**Plaintiffs,**     Judge Gwin

v.

**ASHLAND COUNTY HEALTH DEPARTMENT,** *et al*,

**Defendants.**

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL, WITHOUT PREJUDICE, OF THEIR VERIFIED COMPLAINT AND ALL CLAIMS IN THIS CASE

Now come Plaintiffs, pursuant to Federal Rule of Civil Procedure 41(a)(2), and hereby gives notice of voluntarily dismissal, without prejudice, of their Complaint in this case.

Fed. R. Civ. P. 41(a)(1)(a)(i) provides that "the plaintiff may dismiss an action without a court order by filing * * * a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Here, no opposing party has filed an Answer.

Plaintiffs maintain that each of the counts and claims referenced above is meritorious, and further, that they possess standing to maintain each argument at this time. However, dismissal of these counts and claims without prejudice is now appropriate for reasons unrelated to the merits of Plaintiffs' claims.

Consequently, dismissal of the Counts and Claims in this case, without prejudice, is proper in this context.

Respectfully submitted,

*/s/ Maurice A. Thompson*
Maurice A. Thompson (0078548)
1851 Center for Constitutional Law
122 E. Main Street
Columbus, Ohio 43215
(614) 340-9817
*MThompson@OhioConstitution.org*